# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Larry R. Schneider<br><br>v.  **Plaintiff(s)**<br><br>Howmedica Osteonics Corp d/b/a Stryker Orthopaedics<br><br>**Defendant(s).** | **CASE NUMBER**<br>8:17-cv-01286-JVS-JDE<br><br>~~(PROPOSED)~~ **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE*  [12] |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Holly H. Dolejsi
*Applicant's Name (Last Name, First Name & Middle Initial)*

612.349.8500          612.339.4181
*Telephone Number*    *Fax Number*

hdolejsi@robinskaplan.com
*E-Mail Address*

of
Robins Kaplan, LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Larry R. Schneider

*Name(s) of Party(ies) Represented*

☒ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:* _____

**and designating as Local Counsel**

Daniel L. Allender
*Designee's Name (Last Name, First Name & Middle Initial)*

264651         310.552.0130     310.229.5800
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

DAllender@Robinskaplan.com
*E-Mail Address*

of
Robins Kaplan, LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated   August 2, 2017

*[signature]*
U.S. District Judge/~~U.S. Magistrate Judge~~